KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Morgan.Early@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 01, 2020, 2:19pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **20-00126 HG** |
| Plaintiff, | INFORMATION |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846] |
| STEVE B. SILVA, | |
| Defendant. | |

INFORMATION

The U.S. Attorney Charges:

Attempted Possession of Controlled Substance
with Intent to Distribute
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846)

On or about March 4, 2020, within the District of Hawaii, STEVE B. SILVA, the defendant, did knowingly and intentionally attempt to possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

DATED: _DEC 0 1 2020_, Honolulu, Hawaii.

_/s/ M. Nammar_
MICHAEL NAMMAR
Criminal Division Chief
District of Hawaii

_/s/ Morgan Early_
MORGAN EARLY
Assistant United States Attorney

United States v. Steve B. Silva
Indictment
Cr. No.