KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Morgan.Early@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 20-00126 HG |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S SENTENCING |
| | ) STATEMENT; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| STEVE B. SILVA, | ) Date:  March 24, 2021 |
| | ) Time:  1:30 p.m. |
| Defendant. | ) Judge: Hon. Helen Gillmor |
| | ) |

**GOVERNMENT'S SENTENCING STATEMENT**

Having reviewed the Draft Presentence Investigation Report, the government has no objections or corrections to the factual information, sentencing guidelines range, or policy statements therein. The government is not requesting an evidentiary hearing in this case.

DATED:  February 18, 2021, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii


By /s/ Morgan Early
    MORGAN EARLY
    Assistant U.S. Attorney

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

**MICHAEL JAY GREEN**
841 Bishop Street, Suite 2201
Honolulu, HI 96813
Email: michael@michaeljaygreen.com

Attorney for Defendant
STEVE B. SILVA

Served via hand-delivery:

**U.S. PROBATION OFFICE**
**Attn: Stephanie Mott**
District of Hawaii
300 Ala Moana Boulevard, Room 2-300
Honolulu, HI 96850

DATED: Honolulu, Hawaii, February 18, 2021.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii