MICHAEL JAY GREEN   4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone:  (808) 521-3336
Facsimile:   (808) 566-0347
Email:          michael@michaeljaygreen.com

Attorney for Defendant
STEVE B. SILVA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 20-00126 HG |
|---|---|
| Plaintiff | ) |
| | ) **DEFENDANT STEVE B. SILVA'S** |
| | ) **SENTENCING STATEMENT;** |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| STEVE B. SILVA, | ) DATE:     March 24, 2021 |
| | ) TIME:      1:30 p.m. |
| Defendant. | ) JUDGE:   Hon. Helen Gillmor |
| | ) |

**DEFENDANT STEVE B. SILVA'S SENTENCING STATEMENT**

Defendant STEVE B. SILVA has no objections, additions or corrections to the draft pre-sentence report. Any further statements will be made at Sentencing.

DATED: Honolulu, Hawaii, February 19, 2021.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, and by the methods of service noted below, a true and correct copy of the foregoing was served on the following parties at their last known address as follows:

| | |
|---|---|
| MORGAN L. EARLY<br>Assistant U.S. Attorney<br>morgan.early@usdoj.gov<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | **CM/ECF** |
| STEPHANIE MOTT<br>U.S. Probation Officer<br>stephanie_mott@hip.uscourts.gov | **E-MAIL** |

DATED: Honolulu, Hawaii, February 19, 2021.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant